FILED

2019 JAN 14 AM 11:08

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE
BY ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America
PLAINTIFF(S)

v.

Ricki Charles Hess
DEFENDANT(S).

CASE NUMBER: ED19-0021M
3:18-CR-24

**AFFIDAVIT RE OUT-OF-DISTRICT WARRANT**

The above-named defendant was charged by: Grand Jury
in the Southern District of Iowa on 3/13/2018
at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____
in violation of Title 18 U.S.C., Section(s) 2252(a)(4)(B), 2252(b)(2)
to wit: Possession of child pornography

A warrant for defendant's arrest was issued by: John S. Courter, Clerk

Bond of $_____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on 1/14/19, by

_A. Bandek_, Deputy Clerk.

Signature of Agent

Louis Rodriguez
Print Name of Agent

FBI
Agency

Special Agent
Title

CR-52 (05/98)    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT